AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF _____WISCONSIN_____

UNITED STATES OF AMERICA

V.

FREDERICK D. JACKSON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 20-CR-12-WMC-1

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

William M. Conley / District Judge
Name of Judge / Title of Judge

March 5, 2021, non pro tunc March 2, 2021
Date